UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:04-cr-206-J-20MCR

ADRIAN ALEXANDER

_____/

ORDER

Before the Court is Defendant Adrian Alexander's Motion for Authority to Incur Investigative Costs Exceeding the Cap (Doc. No. 614, filed July 27, 2005). Defendant Alexander must give the Court a rough estimate of the price of a private investigator in the present case. As the Court will not permit Defendant to incur completely open-ended and seemingly unlimited costs in excess of the cap, the Motion (Doc. No. 614) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
O. David Barksdale, Esq.
William E. Folsom, Esq.
Gerald Scott Bettman, Esq.
Clyde M. Collins, Jr., Esq.
Thomas George Fallis, Esq.
Charlie Lee Adams, Esq.
Quentin Till, Esq.
Robert Calvin Rivers, Esq,
Daniel A. Smith, Esq.
William Charles Fletcher, Esq.
Michael W. Johnson, Esq.
David Gerhardt Mengers, Esq.
D.J. Pashayan, AUSA