UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 3:04-cr-206-J-20MCR

ADRIAN ALEXANDER,

_____/

ORDER

Before the Court is Defendant's "Motion for Early Termination of Supervised Release" (Dkt. 1273, filed May 9, 2014), and Plaintiff's response in opposition thereto (Dkt. 1274, filed May 20, 2014). Upon review of the motion and having been otherwise fully advised, the Court denies Defendant's motion.

In denying the motion, the Court notes the seriousness of Defendant's offenses, Dkt. 1274, ¶¶ 1-2, 6, and the previous reduction in Defendant's term of supervision (Dkt. 1239, filed Aug. 22, 2012).

Accordingly, it is **ORDERED**:

1. Defendant's "Motion for Early Termination of Supervised Release" (Dkt. 1273, filed May 9, 2014) is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 2nd day of July, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
David Barksdale, Esq.
Lee Bentley III, Esq.
Tysen Duva, Esq.